**Albert MARCO, alias Albert Rossi, Appellant, v. UNITED STATES of America, Appellee.**

No. 6463.

Circuit Court of Appeals, Ninth Circuit.

May 8, 1931.

Before WILBUR and SAWTELLE, Circuit Judges, and ST. SURE, District Judge.

PER CURIAM.

Upon consideration of motion of appellee for dismissal of appeal upon ground that the

order appealed from is not an appealable order, and after oral argument, and good cause therefor appearing, it is ordered that said motion be, and hereby is, granted, that the appeal herein be, and hereby is, dismissed, and that the mandate of this court issue forthwith.